B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re   **Paducah Healthcare Providers, LLC**                              Case No.   **10-70455**

Debtor(s)                                      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Covenant Care Centers, LLC** **16203 Chasemore** **Spring, TX 77379** | **Covenant Care Centers, LLC** **16203 Chasemore** **Spring, TX 77379** | **Management fee** | | **11,000.00** |
| **Wood Family Enterprises, Inc.** **16203 Chasemore** **Spring, TX 77379** | **Wood Family Enterprises, Inc.** **16203 Chasemore** **Spring, TX 77379** | **Rent** | | **8,000.00** |
| **Pharmerica** **PO Box 409251** **Atlanta, GA 30384** | **Pharmerica** **PO Box 409251** **Atlanta, GA 30384** | **Pharmacy supplies** | | **4,067.27** |
| **McKesson Medical Supply** **5050 Kingsley Dr.** **Cincinnati, OH 45263** | **McKesson Medical Supply** **5050 Kingsley Dr.** **Cincinnati, OH 45263** | **Medical supplies** | | **3,059.86** |
| **Gulf South Medical Supply** **PO Box 871968** **Dallas, TX 75284** | **Gulf South Medical Supply** **PO Box 871968** **Dallas, TX 75284** | **Medical supplies** | | **1,794.91** |
| **StarTexPower** **PO Box 4802** **Houston, TX 77210** | **StarTexPower** **PO Box 4802** **Houston, TX 77210** | **Electricity** | | **1,776.44** |
| **Caprock Telephone** **PO Box 300** **Spur, TX 79370** | **Caprock Telephone** **PO Box 300** **Spur, TX 79370** | **Telephone** | | **894.37** |
| **M&M Power Systems** **Mike Throckmorton** **PO Box 251** **Shamrock, TX 79079** | **M&M Power Systems** **Mike Throckmorton** **PO Box 251** **Shamrock, TX 79079** | **Generator repair** | | **859.90** |
| **Berryman Fire Equipment** **PO Box 380940** **Duncanville, TX 75138** | **Berryman Fire Equipment** **PO Box 380940** **Duncanville, TX 75138** | **Fire inspection** | | **684.71** |
| **Ecolab** **PO Box 70343** **Chicago, IL 60673** | **Ecolab** **PO Box 70343** **Chicago, IL 60673** | **Chemicals** | | **627.84** |
| **Suddenlink** **PO Box 139400** **Tyler, TX 75713** | **Suddenlink** **PO Box 139400** **Tyler, TX 75713** | **Cable** | | **607.30** |
| **Mike Turner** **4611 Summitt** **Wichita Falls, TX 76310** | **Mike Turner** **4611 Summitt** **Wichita Falls, TX 76310** | **Maintenance services** | | **335.57** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Paducah Healthcare Providers, LLC**                    Case No.    **10-70455**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bledsoe Mechanical**<br>**1404 Ave. E NW**<br>**Childress, TX 79201** | **Bledsoe Mechanical**<br>**1404 Ave. E NW**<br>**Childress, TX 79201** | **Dishwasher repair** | | **237.30** |
| **Solis Heating & Air**<br>**PO Box 475**<br>**Paducah, TX 79248** | **Solis Heating & Air**<br>**PO Box 475**<br>**Paducah, TX 79248** | **Repairs** | | **151.90** |
| **Paducah Lumber**<br>**Drawer O**<br>**Paducah, TX 79248** | **Paducah Lumber**<br>**Drawer O**<br>**Paducah, TX 79248** | **Maintenance supplies** | | **112.40** |
| **Briggs Corporation**<br>**PO Box 1355**<br>**Des Moines, IA 50305** | **Briggs Corporation**<br>**PO Box 1355**<br>**Des Moines, IA 50305** | **Nursing supplies** | | **101.83** |
| **Barnes Maintenance**<br>**1401 Lamar St.**<br>**Wichita Falls, TX 76301** | **Barnes Maintenance**<br>**1401 Lamar St.**<br>**Wichita Falls, TX 76301** | **Maintenance supplies** | | **96.16** |
| **DBR Publishing Co.**<br>**11375 E. 61st, Ste. 102**<br>**Tulsa, OK 74147** | **DBR Publishing Co.**<br>**11375 E. 61st, Ste. 102**<br>**Tulsa, OK 74147** | **Repairs** | | **95.00** |
| **Sierra Springs**<br>**PO Box 660579**<br>**Dallas, TX 75266** | **Sierra Springs**<br>**PO Box 660579**<br>**Dallas, TX 75266** | **Bottled water** | | **84.70** |
| **Paducah Post**<br>**PO Drawer E**<br>**Paducah, TX 79248** | **Paducah Post**<br>**PO Drawer E**<br>**Paducah, TX 79248** | **Classifed ads** | | **80.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **October 5, 2010**          Signature    **/s/ Ron Sanborn**

**Ron Sanborn**

**Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.